UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

               Plaintiff,

CHARLES BROWN,

               Plaintiff-Intervenor

     -against-                                      71 Civ. 2877 (LAK)

INTERNATIONAL ASSOCIATION OF BRIDGE
STRUCTURAL AND ORNAMENTAL IRONWORKERS
LOCAL 580,

               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

       Plaintiff-intervenor Charles Brown moved in 2009 to hold the defendant union in contempt. [DI 167] On March 31, 2010, he filed a so-called "amended motion to enforce the consent and agreement and contempt of court order." [DI 189]

       In a thorough report and recommendation dated March 11, 2001, Magistrate Judge Michael H. Dolinger recommended that the March 31, 2010 filing be treated as a reply in support of the 2009 contempt motion and that the contempt motion be granted to the extent of awarding plaintiff-intervenor the sum of $42,149.88 and denied in all other respects. No objections have been filed.

       The Court hereby grants the contempt motion [DI 167] to the extent of awarding plaintiff-intervenor the sum of $42,189.88 against the defendant and denies it in all other respects. It adopts Judge Dolinger's characterization of the March 31, 2010 filing as a reply in support of the contempt motion. Accordingly, the Clerk shall terminate both DI 167 and DI 189.

       SO ORDERED.

Dated:     March 29, 2011

                                                            Lewis A. Kaplan
                                                            United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/11