UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
THE CITY OF NEW YORK, and THE NEW YORK STATE
DIVISION OF HUMAN RIGHTS,

                              Plaintiffs,

                              and

THE HISPANIC SOCIETY and INDIVIDUAL NONWHITE
LOCAL 28 MEMBERS,

                              Plaintiff-Intervenors,

                         -against-                                  71-cv-2877 (LAK)

LOCAL 638, ETC., LOCAL 28 OF THE SHEET METAL
WORKERS' INTERNATIONAL ASSOCIATION, et al.,

                              Defendants.
------------------------------------------------x

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 01/24/2022

### ORDER MODIFYING JANUARY 20, 1989 CONSENT DECREE

LEWIS A. KAPLAN, *District Judge.*

        In light of the parties' December 22, 2021 stipulation (Dkt. 464-2) to modify the January 20, 1989 Consent Decree, and the Court-appointed auditor's objections thereto:

1. Local 28 has demonstrated a significant change in factual conditions since the entry of the Consent Decree on January 20, 1989;

2. Local 28 no longer shall be required to prepare its annual and quarterly financial statements using the accrual basis of accounting;

3. Upon request, Local 28 shall promptly provide any additional financial data or information to the Court-appointed auditor.

        SO ORDERED.

Dated:        January 24, 2022

                                                                          Lewis A. Kaplan
                                                                      United States District Judge